

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Texas Department of Public Safety,
Appellant

No. 06-19-00017-CV        v.

Alan L. Rabideau, Appellee

Appeal from the County Court at Law No. 2 of Williamson County, Texas (Tr. Ct. No. 18-1180-CC2).    Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below.  Therefore, we reverse the judgment of the trial court and render judgment reinstating the ALJ's decision.

We further order that the appellee, Alan L. Rabideau, pay all costs of this appeal.

RENDERED JULY 17, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk